NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

DAVID GROSSMAN (State Bar No. 211326)
LOEB & LOEB LLP
10100 Santa Monica Boulevard
Suite 2200
Los Angeles, California 90067-4164
(310) 282-2000 (phone)
(310) 282-2200 (fax)

FILED
CLERK, U.S. DISTRICT COURT

NOV - 3 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send  ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SIEGEL et al.

Plaintiff(s)

v.

TIME WARNER INC. et al.

Defendant(s)

CASE NUMBER:

04 CV 8776 RSWL (AJWx)

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

NOTICE: Effective January 1, 2004, the fee for *Pro Hac Vice* Appearance is $105.00 for each case application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies. *To receive orders and judgments by e-mail or fax transmission, complete and return the Optical Scanning Enrollment form (formG-76), available on the court's website at www.cacd.uscourts.gov*

I, James D. Weinberger                                     , hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff  ☒ Defendant:
_____ALL NAMED DEFENDANTS_____ by whom I have been retained.

My *out-of-state* business information is as follows:
Firm Name: Fross Zelnick Lehrman & Zissu, P.C.
Address:   866 United Nations Plaza
           New York, New York 10017

Telephone number: (212) 813-5900                    Fax number: (212) 813-5901

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| New York | 2000 |
| U.S.C.A., 11th Cir. | 2004 |
| U.S.D.C., S.D.N.Y., E.D.N.Y., N.D. Ill. | 2000, 2000, 2001 |
| | |

DOCKETED ON CM
NOV - 3 2004
BY _____ 009

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE APPLICATION GRANTED OR DENIED |
|---|---|---|
| 02 CV 6167 | Glow Indus. v. Lopez (no longer active) | 10/9/02 (granted) |
| 02 CV 8357 | Alberto-Culver v. Sunwoo | 1/22/04 (granted) |
| 03 CV 1548 | Quiksilver v. Quick Sports | 5/21/04 (granted) |
| 04 CV 7046 | Success Ware v. Anvil Knitwear | 9/23/04 (granted) |
| 04 CV 8776 | Siegel v. Warner Bros. Entm't (related) | Application pending |

G-64 (10/03)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE   PAGE 1 OF 2

NOV - 2 2004
CLERK, U.S. DISTRICT COURT 4612

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

SCANNED

I designate  David Grossman  as local counsel, whose business information is as follows:

Firm Name: Loeb & Loeb LLP
Address: 10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4164
Telephone number: (310) 282-2000    Fax number: (310) 282-2200

who is a member of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.

Date:  November 2, 2004

*Applicant Signature*

I hereby consent to the foregoing designation.
Date:  11/2/04

*Designee Signature*
211326
California State Bar No.

## ORDER

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:
☒ Granted.
☐ Denied and fee ordered returned.

Date:  11-3-04

RONALD S.W. LEW

UNITED STATES DISTRICT JUDGE / ~~MAGISTRATE JUDGE~~

G-64 (10/03)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE    PAGE 1 OF 2

## PROOF OF SERVICE

I, Kathryn M. Presson, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4164.

On November 2, 2004, I served a true copy of the APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE on the parties in this cause as follows:

[X]   (VIA U.S. MAIL) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list. I caused each such envelope, with postage thereon fully prepaid, to be deposited for collection and mailing with the United States Postal Service in accordance with Loeb & Loeb LLP's ordinary business practices.

Marc Toberoff, Esq.
Rafael Gomez-Cabrera, Esq.
Jeffrey B. Linden, Esq.
Nicholas C. Williamson, Esq.
LAW OFFICES OF MARC TOBEROFF
1999 Avenue of the Stars, Suite 1540
Los Angeles, CA 90067

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2004, at Los Angeles, California.

Kathryn M. Presson

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

Lit_CC406122.1
66666666666
11/02/2004 kp

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE