```
LAW OFFICES OF MARC TOBEROFF, PLC
MARC TOBEROFF (State Bar No. 188547)
RAFAEL GOMEZ-CABRERA (State Bar No. 229744)
JEFFREY B. LINDEN (State Bar No. 224761)
NICHOLAS C. WILLIAMSON (State Bar No. 231124)
1999 Avenue of the Stars, Suite 1540
Los Angeles, California 90067
Telephone: 310-246-3333
Facsimile: 310-246-3101

Attorneys for Plaintiffs
JOANNE SIEGEL and LAURA
SIEGEL LARSON
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> TIME WARNER, INC., a corporation; WARNER COMMUNICATIONS, INC., a corporation; WARNER BROS. ENTERTAINMENT, INC., a corporation; WARNER BROS. TELEVISION, INC., a corporation; DC COMICS, a general partnership; and DOES 1-10, inclusive,, <br><br> Defendants. | Case No. CV 04-8776 RSWL (AJWx) <br><br> **STIPULATION REGARDING NAME CHANGE AND EXTENSION OF DEFENDANTS' TIME TO RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER THEREON** <br><br> Judge: Hon. Ronald S.W. Lew |

---

Lit_CC406341.1
6666666666
11/05/2004 kp

STIPULATION REGARDING NAME CHANGE
AND EXTENSION OF DEFENDANTS' TIME TO
RESPOND TO COMPLAINT

The parties, by their counsel, hereby stipulate and agree to the following:

1. Defendants represent and confirm that the correct name of the intended defendant, listed in Plaintiffs' complaint as "Warner Bros. Television Inc.," is "Warner Bros. Television Production Inc."

2. Plaintiffs shall correct the name of the aforesaid defendant in the caption and in paragraph 10 of Plaintiffs' complaint by filing a Notice of Errata with the Court, and each defendant hereby waives any objection to the correction being made in this fashion.

3. Defendants each confirm that they have been served with the complaint and hereby waive any objection to service of the complaint, including the complaint as corrected by Plaintiffs' Notice of Errata.

4. The time for each defendant to respond to the complaint is hereby extended until November 22, 2004.

5. In the event any defendant responds to the complaint by the filing of a motion (e.g., a motion to dismiss) the hearing shall be set no earlier than December 20, 2004 so that Plaintiffs will not be required to prepare an opposition to such motion(s) over the upcoming Thanksgiving holiday.

6. In addition, all parties agree not to originally notice any motion for hearing on December 13, 2004, December 27, 2004, January 10, 2004 or January 17, 2004, so that the parties, respectively, will not be required to prepare opposition papers to or to attend such motion(s) during the upcoming Thanksgiving and Christmas/New Year's holidays.

///
///
///
///
///

Loeb & Loeb
limited Liability Partnership
Including Professional
Corporations

Lit_CC406341.1
6666666666
11/05/2004 kp

2
STIPULATION REGARDING NAME CHANGE
AND EXTENSION OF DEFENDANTS' TIME TO
RESPOND TO COMPLAINT

7. The time for Plaintiffs to respond to Defendants' Notice of Related Cases filed on November 2, 2004, is hereby extended until November 10, 2004.

AGREED:

Dated: November 5, 2004

LAW OFFICES OF MARC TOBEROFF
MARC TOBEROFF
RAFAEL GOMEZ-CABRERA
JEFFREY B. LINDEN
NICHOLAS C. WILLIAMSON

By: /s/ Marc Toberoff
Marc Toberoff
Attorneys for Plaintiffs
JOANNE SIEGEL and LAURA
SIEGEL LARSON

Dated: November 5, 2004

LOEB & LOEB LLP
JONATHAN ZAVIN
DAVID GROSSMAN

FROSS ZELNICK LEHRMAN &
ZISSU, P.C.
ROGER L. ZISSU
PATRICK T. PERKINS

By: /s/ David Grossman
David Grossman
Attorneys for Defendants
TIME WARNER, INC., WARNER
COMMUNICATIONS, INC.,
WARNER BROS
ENTERTAINMENT, INC.,
WARNER BROS. TELEVISION,
INC. and DC COMICS

## ORDER

SO ORDERED.

Dated: 11-8-04

RONALD S.W. LEW
HON. RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE

3

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

Lit_CC406341.1
6666666666
11/05/2004 kp

STIPULATION REGARDING NAME CHANGE
AND EXTENSION OF DEFENDANTS' TIME TO
RESPOND TO COMPLAINT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 1999 Avenue of the Stars, Suite 1540, Los Angeles, California 90067.

On November 5, 2004, I served the attached document described as **STIPULATION REGARDING NAME CHANGE AND EXTENSION OF DEFENDANTS' TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON** on all interested parties in this action by placing ____ the original _X_ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

David Grossman, Esq.
Loeb & Loeb
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067-4164

[ X ] :VIA U.S. MAIL:

As follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

:(STATE) - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] :(FEDERAL) – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on November 5, 2004, in Los Angeles, California.

_Nicholas C. Williamson_
Name                                Signature