Name, address and telephone number of attorney(s)
DAVID GROSSMAN
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067-4164
Los Angeles, CA  90067-4164
310-282-2000
Defendants

FILED
CLERK, U.S DISTRICT COURT
NOV - 8 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual<br><br>Plaintiff(s)<br><br>v.<br><br>TIME WARNER, INC.; WARNER COMMUNICATIONS, INC.; WARNER BROS. ENTERTAINMENT, INC.; WARNER BROS. TELEVISION, INC.; and DC COMICS<br><br>Defendant(s) | CASE NUMBER<br><br>CV 04-8776 RSWL (AJWx)<br><br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

**NOTICE:** Effective June 1, 2004, the fee for *Pro Hac Vice* is $185.00 for each case application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies.
*To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (form G-76), available on the court's website at www.cacd.uscourts.gov.*

I, Jonathan Zavin _____, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff [X] Defendant: ALL NAMED DEFENDANTS _____ by whom I have been retained.

My *out-of-state* business information is as follows:
Firm Name: LOEB & LOEB LLP
Address: 345 Park Avenue
         New York, New York  10145-0037
Telephone number: (212) 407-4000           Fax number: (212) 407-4990

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| See Attachment "A" | |
| | |
| | |

DOCKETED ON CM
NOV - 9 2004
BY ____ 009

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE OF APPLICATION | DATE APPLICATION GRANTED OR DENIED |
|---|---|---|---|
| LACV 03-8103 SJO | Metro-Goldwyn-Mayer Pictures v. Mark Brown, et al. | 11/06/03 | 11/08/03 (Granted) |
| CV 03-6424 RSWL | Hatami v. Paramount Pictures | 11/17/03 | 11/18/03 (Granted) |
| CV 04-8400 DDP | Siegel v. Warner Bros. Ent. (related to instant case) | application | pending |

G-64 (08/04)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE   PAGE 1 of 2
                                                                                    CCD-G64

Dockets.Justia.co

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

I designate DAVID GROSSMAN as local counsel, whose business information is as follows:
Firm Name: LOEB & LOEB LLP
Address: 10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067-4164
Telephone number: (310) 282-2000        Fax number: (310) 282-2200

who is a member of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.

Date: November 5, 2004

*Applicant Signature*
JONATHAN ZAVIN

I hereby consent to the foregoing designation.
Date: November 5, 2004

*Designee Signature*
DAVID GROSSMAN

211326
California State Bar No.

PAID NOV - 5 2004

**ORDER**

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:
☒ Granted.
☐ Denied and fee ordered returned.

Date: 11-8-04

RONALD S.W. LEW
*United States District Judge / Magistrate Judge*

G-64 (08/04)        APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE        PAGE 2 of 2

## Attachment "A"

## Court Admissions for Jonathan Zavin

| Title of Court | Date of Admission |
|---|---|
| U.S. District Court for the Southern District of New York | 02/26/1975 |
| U.S. District Court for the Northern District of New York | 03/12/1990 |
| U.S. District Court for the Eastern District of New York | 02/26/1975 |
| U.S. District Court for the Western District of New York | 02/17/1989 |
| U.S. District Court for the Western District of Texas | 02/03/1987 |
| U.S. Court of Appeals for the Second Circuit | 02/24/1975 |
| U.S. Court of Appeals for the Third Circuit | 08/17/1992 |
| U.S. Court of Appeals for the Fourth Circuit | 05/29/1991 |
| U.S. Court of Appeals for the Fifth Circuit | 01/06/1988 |
| U.S. Court of Appeals for the Eight Circuit | 08/30/1991 |
| U.S. Supreme Court | 02/24/1992 |
| New York Court of Appeals | 05/10/1973 |

SCANNED

# PROOF OF SERVICE

I, Kathryn M. Presson, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4164.

On November 5, 2004, I served a true copy of the **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** on the parties in this cause as follows:

[X]  (VIA U.S. MAIL) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then placing such sealed envelope for collection and mailing with the United States Postal Service in accordance with Loeb & Loeb LLP's ordinary business practices.

[X]  (VIA FACSIMILE) by transmitting the above named document to the fax number set forth below, or on the attached service list.

Marc Toberoff, Esq.
Law Offices of Marc Toberoff, Plc
1999 Avenue of the Stars, Suite 1540
Los Angeles, CA  90067
Facsimile No.: (310) 246-3101

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 5, 2004, at Los Angeles, California.

Kathryn M. Presson