```
 1  Marc Toberoff (CA State Bar No. 188547)
    Rafael Gomez-Cabrera (CA State Bar No. 229744)
 2  Nicholas C. Williamson (CA State Bar No. 231124)
    LAW OFFICES OF MARC TOBEROFF, PLC
 3  1999 Avenue of the Stars, Suite 1540
    Los Angeles, CA 90067
 4  Telephone: (310) 246-3333
    Facsimile: (310) 246-3101
 5
    Attorneys for Plaintiffs
 6  Joanne Siegel and Laura Siegel Larson
```

COPY

FILED
CLERK, U S DISTRICT COURT
DEC -8 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

Priority Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TIME WARNER INC., a corporation; WARNER COMMUNICATIONS INC., a corporation; WARNER BROS. ENTERTAINMENT INC., a corporation; WARNER BROS. TELEVISION PRODUCTION INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,<br><br>Defendants. | Civil Case No. CV04-08776 RSWL (AJWx)<br><br>STIPULATION REGARDING EXTENSION OF PLAINTIFFS' TIME TO RESPOND TO COUNTERCLAIMS; ORDER |
| DC COMICS,<br><br>Counterclaimant,<br><br>vs.<br><br>JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>Counterclaim Defendants | DOCKETED ON CM<br>DEC - 9 2004<br>BY  MG  009 |

The parties, by their counsel, hereby stipulate and agree to the following:

1

Stipluation Re: Extension of Plaintiffs' Time To Respond To Counterclaims

1. The time for each plaintiff to respond to defendant/counterclaimant DC Comics' counterclaims in this action is hereby extended until January 11, 2005.

AGREED:

Dated: December __, 2004

LAW OFFICES OF MARC TOBEROFF

By: _____
Marc Toberoff
Attorneys for Plaintiffs Joanne Siegel and Laura Siegel Larson

LOEB & LOEB LLP
Jonathan Zavin
David Grossman

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Roger L. Zissu
Patrick Perkins
James D. Weinberger

Dated: December __, 2004

By: _____
Patrick T. Perkins
Attorney for Defendants Time Warner Inc., Warner Bros. Entertainment Inc., Warner Bros. Television Production Inc. and Defendant-Counterclaimant DC Comics

**ORDER**

Dated: December 8, 2004

IT IS SO ORDERED:

RONALD S.W. LEW
_____
The Hon. Ronald S. W. Lew
United States District Judge

2

Stipulation Re: Extension of Plaintiffs' Time To Respond To C...