**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
DEC 21 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Joanne Siegel | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 04-8776 RSWL (AJWx) |
| v. | |
| Time Warner, Inc. | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 |
| Defendant(s). | ( Related Cases) |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

12-14-04
Date

/s/ Dean D. Pregerson
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge ___Pregerson___ for all further proceedings.

12-17-04
Date

/s/ Ronald S.W. Lew
United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: _____

_____
Date

_____
United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**: Case __CV 04-8400 DDP (RZx)__ and the present case:

- X A.   appear to arise from the same or substantially identical transactions, happenings or events.
- ☐ B.   involve the same or substantially the same parties or property.
- ☐ C.   involve the same patent, trademark or copyright.
- X D.   call for determination of the same or substantially identical questions of law and fact.
- X E.   likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**NOTICE TO COUNSEL FROM CLERK:**
Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___Wistrich___ to Magistrate Judge ___Zarefsky___.

On all documents subsequently filed in this case, please substitute the initials __DDP(RZx)__ after the case number in place of the initials of the prior judge, so that the case number will read __CV 04-8776 DDP (RZx)__. This is very important because documents are routed to the assigned judges by means of these initials.

Subsequent documents must be filed at the   X Western   ☐ Southern   ☐ Eastern Division.
**Failure to file at the proper location will result in your documents being returned to you.**

CV-34 (07/03)   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases)   ENTERED ON CM 12/21/04

NOV 17 2004