UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

\_\_\_\_ Priority
✓ Send
\_\_\_\_ Clsd
\_\_\_\_ Enter
\_\_\_\_ JS-5/JS-6
\_\_\_\_ JS-2/JS-3
\_\_\_\_ Scan Only

Case No.   CV 04-08776 DDP (AJWx)                                Date: January 26, 2005

Title:   JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual -v- TIME WARNER, INC., a corporation; WARNER COMMUNICATIONS, INC., a corporation; WARNER BROS. TELEVISION, INC., a corporation; DC COMICS, a general partnership

==========================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                              <u>None Present</u>
Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                             None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)


   **COUNSEL ARE NOTIFIED** that this action has been transferred to the calendar of Judge Dean D. Pregerson for all further proceedings. On all documents subsequently filed in this case, please substitute the initials "DDP" after the case number in place of the initials of the prior Judge so that the case number will now read: **CV 04-08776 DDP (AJWx).**

   Counsel are encouraged to review the Central District's website for additional information. The address is "http://www.cacd.uscourts.gov".

DOCKETED ON CM
JAN 2 7 2005
BY _____ 009

MINUTES FORM 11                                   Initials of Deputy Clerk
CIVIL -- GEN