```
                                                    Priority
                                              ✓     Send
                                             ___    Clsd
                                             ___    Enter
                                             ___    JS-5/JS-6
                                             ___    JS-2/JS-3
                                             ___    Scan Only
```

FILED
CLERK, U.S. DISTRICT COURT
APR 29 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>TIME WARNER, INC., a corporation; WARNER COMMUNICATIONS, INC., a corporation; WARNER BROS. TELEVISION, INC., a corporation; DC COMICS, a general partnership,<br><br>    Defendants. | Case No. CV 04-08776 DDP(AJWx)<br><br>**SCHEDULING ORDER** |



DOCKETED ON CM
APR 29 2005
BY ___ 009

    Pursuant to the Federal Rules of Civil Procedure 16(b), the Court issues the following Order:

    Counsel must agree on the date for the disclosure of expert witness reports pursuant to the Federal Rules of Civil Procedure 26(a)2. The agreed-upon disclosure date must precede the discovery cut-off date such that all

discovery, including expert depositions, will be completed prior to the discovery cut-off date.

LAST DAY TO JOIN OTHER PARTIES
AND TO AMEND THE PLEADINGS 09-15-05

DISCOVERY CUT-OFF 05-17-06

LAST DAY TO FILE MOTIONS 06-19-06

PRE TRIAL CONFERENCE 08-28-06 at 4:00 p.m.

15 DAY JURY TRIAL 09-05-06 at 9:00 a.m.

Dated: April 29, 2005

DEAN D. PREGERSON
United States District Judge