```
 1  FROSS ZELNICK LEHRMAN & ZISSU, P.C.              ORIGINAL
    Roger L. Zissu (Admitted pro hac vice)
 2  James D. Weinberger (Admitted pro hac vice)
    866 United Nations Plaza
 3  New York, New York  10017
    Telephone:  212-813-5900
 4  Fax:        212-813-5901

 5  WEISSMANN WOLFF BERGMAN
      COLEMAN GRODIN & EVALL LLP
 6  Michael Bergman (SBN 37797)
    David L. Burg (SBN 130403)              Priority
 7  Adam Hagen (SBN 218021)                 Send
    9665 Wilshire Boulevard, Ninth Floor    Enter
 8  Beverly Hills, California  90212        Closed
    Telephone:  310-858-7888                JS-5/JS-6
 9  Fax:        310-550-7191                JS-2/JS-3
                                            Scan Only
10  Attorneys for Defendants and Counterclaimants
```

11                UNITED STATES DISTRICT COURT

12                CENTRAL DISTRICT OF CALIFORNIA

```
13                                    )  Consolidated Case Nos.:
14  JOANNE SIEGEL, an individual; and )  ~~04-8400 DDP (RZx)~~
    LAURA SIEGEL LARSON, an           )  CV 04-08776 DDP (RZx)
15  individual,                       )
                                      )  Honorable Dean D. Pregerson
16         Plaintiffs,                )
                                      )  [PROPOSED]
17      vs.                           )
                                      )  ORDER EXTENDING TIME TO
18  WARNER BROS. ENTERTAINMENT        )  AMEND PLEADINGS
    INC., a corporation; TIME WARNER  )
19  INC., a corporation; DC COMICS, a )
    general partnership; and DOES 1-10,)
20                                    )
           Defendants.                )
21  JOANNE SIEGEL, an individual; and )
    LAURA SIEGEL LARSON, an           )
22  individual,                       )
                                      )
23         Plaintiffs,                )
                                      )
24      vs.                           )
                                      )
25  TIME WARNER INC., a corporation;  )
    WARNER COMMUNICATIONS INC., a     )
26  corporation; WARNER BROS.         )
    ENTERTAINMENT INC., a corporation;)
27  WARNER BROS. TELEVISION           )
    PRODUCTION INC., a corporation; DC)
28  COMICS, a general partnership; and)
```

-1-
ORDER EXTENDING TIME TO AMEND PLEADINGS

313222v1 02231.0811

Dockets.Justia.com

| | |
|---|---|
| 1 | DOES 1-10, )
| 2 |       Defendants. )

1  DOES 1-10,                                    )
2          Defendants.                           )
3  _____)
                                                 )
4  AND RELATED COUNTERCLAIMS.                    )
5  _____)

6     The Court, having considered the *ex parte* application of defendants and counterclaimant for an order granting a 30-day extension of the time during which the parties may amend their pleadings, and good cause appearing therefor,

ORDERS AS FOLLOWS:

The time during which the parties may amend their pleadings is hereby extended to October 17, 2005.

DATED: 9-21-05

_____
Dean D. Pregerson
United States District Judge

|   |   |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | 1013A(3) C.C.P. Revised 5/1/88 |
|   | STATE OF CALIFORNIA   ) |
| 3 |                       ) ss. |
| 4 | COUNTY OF LOS ANGELES ) |

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 1513 Livonia Avenue, Los Angeles, California 90035. On the date shown below, I served the foregoing document described as **[PROPOSED] ORDER EXTENDING TIME TO AMEND PLEADINGS** on the interested parties in said action9, by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Marc Toberoff
Law Offices of Marc Toberoff, PLC
1999 Avenue of the Stars, Suite 1540
Los Angeles, CA 90067

__   **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Beverly Hills, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__   **(FACSIMILE SERVICE)** I caused such document to be transmitted via facsimile to the offices of the addressees at the numbers listed above.

**XX**   **(PERSONAL SERVICE)** I delivered such documents by hand to the individuals listed above.

Executed on **September 12, 2005**, at Beverly Hills, California.

__   **STATE**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**XX**   **FEDERAL**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

MEL STEINER-ATTORNEY SERVICE

_____
Mel Steiner