ORIGINAL

```
                    UNITED STATES DISTRICT COURT            SEND
                    CENTRAL DISTRICT OF CALIFORNIA

                          CIVIL MINUTES-GENERAL

   CASE NO.   CV 04-8400-RSWL              DATE: September 30, 2005
   TITLE:     JOANNE SIEGEL, et al. v. WARNER BROS. ENTERTAINMENT, et al.

   CASE NO.   CV 04-8776-RSWL
   TITLE:     JOANNE SIEGEL, et al. v. TIME WARNER, INC., et al.


   PRESENT:   HONORABLE RONALD S.W. LEW, JUDGE

   Kelly Davis                             Not present
   Court Clerk                             Court Reporter

   ATTORNEYS FOR PLAINTIFFS:               ATTORNEYS FOR DEFENDANTS:

   Not present                             Not present
```

PROCEEDINGS:    (IN CHAMBERS)

This action has been reassigned to RONALD S. W. LEW, U.S. District Judge.

Please substitute the initials RSWL in place of the initials DDP. The cases will now read: CV 04-8400-RSWL and CV 04-8776-RSWL. Henceforth, *it is imperative* that the initials RSWL be used on all documents to prevent any delays in processing of documents.

The Final Pretrial Conference is set for **AUGUST 28, 2006, at 11:00 a.m.** The Jury Trial is set for **SEPTEMBER 5, 2006, at 9:00 a.m.**

This Court is located at: 312 N. Spring Street, Fifth Floor, Courtroom 21, Los Angeles, California, 90012.

MINUTES FORM 11                                          INITIALS OF DEPUTY CLERK kd
CIV-GEN



DOCKETED ON CM
SEP 3 0 2005
BY _____ 078