LODGED

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Justin Deabler
866 United Nations Plaza
New York, New York 10017
Telephone: (212) 813-5900
Fax: (212) 813-5901

2005 NOV 30 PM 2:08
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

FILED
CLERK, U.S. DISTRICT COURT
DEC - 1 2005
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| JOANNE SIEGEL and LAURA SIEGEL LARSON | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 04-8776 (RSWL)(RZx) |
| v. | |
| TIME WARNER, INC., et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of ___Justin Deabler___,
*Applicant's Name*

of ___Fross Zelnick Lehrman & Zissu, P.C.___ for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of ☐ Plaintiff ☑ Defendant ___Time Warner, Inc., et al.___

and the designation of ___Michael Bergman___ of ___Weissmann Wolff Bergman Coleman Grodin___
*Local Counsel Designee*                              *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  12-1-05

**RONALD S.W. LEW**
U. S. District Judge/~~U.S. Magistrate Judge~~

DOCKETED ON CM
DEC - 1 2005
BY              009

G-64 ORDER (06/05)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

Dockets.Justia.co