```
 1  FROSS ZELNICK LEHRMAN & ZISSU, PC
    Roger L. Zissu (Admitted pro hac vice)
 2  James D. Weinberger (Admitted pro hac vice)
    Justin Deabler (Admitted pro hac vice)
 3  866 United Nations Plaza
    New York, New York 10017
 4  Telephone: (212) 813-5900
    Fax: (212) 813-5901
 5
    PERKINS LAW OFFICE, P.C.
 6  Patrick T. Perkins (Admitted pro hac vice)
    1711 Route 9D
 7  Cold Spring, New York 10516
    Telephone: (845) 265-2820
 8  Fax: (845) 265-2819

 9  WEISSMANN WOLFF BERGMAN
       COLEMAN GRODIN & EVALL LLP
10  Michael Bergman (SBN 37797)
    David L. Burg (SBN 130403)
11  Adam Hagen (SBN 218021)
    9665 Wilshire Boulevard, Ninth Floor
12  Beverly Hills, California 90212
    Telephone: (310) 858-7888
13  Fax: (310) 550-7191

14  Attorneys for Defendants and Counterclaimants
```

FILED
CLERK, U.S. DISTRICT COURT
FEB 14 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

Priority    ✓
Send        ✓
Enter       ___
Closed      ___
JS-5/JS-6   ___
JS-2/JS-3   ___
Scan Only   ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON,<br><br>Plaintiffs,<br>vs.<br><br>TIME WARNER INC., WARNER COMMUNICATIONS INC., WARNER BROS. ENTERTAINMENT INC., WARNER BROS. TELEVISION PRODUCTION INC., DC COMICS, and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. CV 04-8776 (RSWL) (RZx)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING SCHEDULE ON SUMMARY JUDGMENT MOTIONS** |

DOCKETED ON CM
FEB 14 2006
BY _____    078



Dockets.Justia.co

1  Plaintiffs/Counterclaim Defendants JOANNE SIEGEL and LAURA SIEGEL
2  LARSON (collectively, "Plaintiffs"), and Defendants TIME WARNER INC.,
3  WARNER COMMUNICATIONS INC., WARNER BROS. ENTERTAINMENT INC.,
4  WARNER BROS. TELEVISION PRODUCTION INC., and
5  Defendant/Counterclaimant DC COMICS (collectively, "Defendants"), by and through
6  their attorneys of record, hereby stipulate as follows:
7  WHEREAS on January 11, 2006 the parties met and conferred on their proposed
8  cross-motions for summary judgment in the above-referenced action pursuant to Local
9  Rule 7-3;
10  WHEREAS the parties wish to set a schedule under which they will
11  simultaneously exchange moving, opposition and reply briefs on their respective
12  motions; and
13  WHEREAS plaintiffs' lead counsel will not be in California from March 10-17,
14  2006;
15  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to
16  the approval of the Court, that the schedule for cross-motions for summary judgment is
17  as follows:

|  | Moving briefs due: | February 15, 2006 |
|---|---|---|
|  | Opposition briefs due: | March 1, 2006 |
|  | Reply Briefs due: | March 8, 2006 |

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

| | | |
|---|---|---|
| 1 | Hearing on motions: | March 20, 2006 at 9:00a.m. or as soon as |
| 2 | | thereafter as counsel may be heard |
| 3 | Dated: February 8, 2006 | Respectfully submitted, |
| 4 | LAW OFFICES OF MARC TOBEROFF, PLC | FROSS ZELNICK LEHRMAN & ZISSU, PC |
| 5 | | PERKINS LAW OFFICE, PC |
| 6 | By: /s/ Marc Toberoff | -and- |
| 7 | Marc Toberoff | WEISSMANN WOLFF BERGMAN COLEMAN GRODIN & |
| 8 | Attorneys for Plaintiffs | EVALL LLP |
| 9 | | |
| 10 | | By: /s/ David L. Burg |
| 11 | | David L. Burg |
| 12 | | Attorneys for Defendants and Counterclaimant |

SO ORDERED: 2-14-06

RONALD S.W. LEW
_____
Ronald S.W. Lew

I:\jweinberger\dcc\Siegel Litigation\Pleadings\04cv8776\060208-0425344-Stipulation-jdw.doc

2