Mar-06-06 11:12am From- T-621 P.002/003 F-629
Case 2:04-cv-08776-SGL-RZ   Document 74   Filed 03/08/2006   Page 1 of 2
Joanne Siegel et al v. Time Warner Inc et al                                    Doc. 7

```
 1 | Marc Toberoff (CA State Bar No. 188547)
   | Nicholas C. Williamson (CA State Bar No. 231124)
 2 | LAW OFFICES OF MARC TOBEROFF, PLC
   | 1999 Avenue of the Stars, Suite 1540
 3 | Los Angeles, CA 90067
   | Telephone: (310) 246-3333
 4 | Facsimile: (310) 246-3101
 5 | Attorneys for Plaintiffs and Counterclaim Defendants
   | JOANNE SIEGEL and LAURA SIEGEL LARSON
```

FILED
CLERK U.S. DISTRICT COURT
MAR - 8 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOANNE SIEGEL, an individual; and
LAURA SIEGEL LARSON, an
individual,

    Plaintiffs,

vs.

TIME WARNER INC., a corporation;
WARNER COMMUNICATIONS
INC., a corporation; WARNER
BROS. ENTERTAINMENT INC., a
corporation; WARNER BROS.
TELEVISION PRODUCTION INC.,
a corporation; DC COMICS, a general
partnership; and DOES 1-10,

    Defendants.

DC COMICS,

    Counterclaimant,

vs.

JOANNE SIEGEL, an individual; and
LAURA SIEGEL LARSON, an
individual,

    Counterclaim Defendants.

Case No. CV 04-08776 RSWL (RZx)

[Honorable Ronald S. W. Lew]

**JOINT STIPULATION REGARDING EXTENSION OF PLAINTIFFS AND DEFENDANTS' TIME TO FILE REPLY BRIEFS;** [~~PROPOSED~~] **ORDER THEREON**

[Complaint filed: October 22, 2004]

Date: March 20, 2006
Time: 9:00 a.m.
Place: Courtroom 21, 5th Floor

1

JOINT STIPULATION

Dockets.Justia.com

1  The parties, by their counsel, hereby stipulate and agree to the following:

2  1.  The time for Plaintiffs and Defendants to file their reply briefs in support of their respective summary judgment motions is hereby extended two days until Friday, March 10, 2006.

2.  The parties' rationale is that this short extension until March 10, 2006 should not materially interfere with the Court's review of the motion papers since the hearing is not scheduled until March 20, 2006.

AGREED:

Dated: March 6, 2006              LAW OFFICES OF MARC TOBEROFF, PLC

                                  By: /s/ Marc Toberoff
                                      Marc Toberoff
                                  Attorneys for Plaintiffs JOANNE SIEGEL
                                  and LAURA SIEGEL LARSON

Dated: March __, 2006             WEISSMANN WOLFF BERGMAN
                                  COLEMAN GRODIN & EVALL LLP

                                  By: /s/ Michael Bergman
                                      Michael Bergman
                                  Attorneys for Defendants TIME WARNER,
                                  INC., WARNER COMMUNICATIONS,
                                  INC., WARNER BROS ENTERTAINMENT,
                                  INC., WARNER BROS. TELEVISION, INC.
                                  and DC COMICS

**ORDER**

SO ORDERED.

Dated: March 8, 2006              RONALD S.W. LEW
                                  _____
                                  HON. RONALD S. W. LEW
                                  UNITED STATES DISTRICT JUDGE

2

JOINT STIPULATION