**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SEND

CIVIL MINUTES-GENERAL

CASE NO. CV 04-8776-RSWL                DATE: March 20, 2006

TITLE: JOANNE SIEGEL, et al. v. TIME WARNER, INC., et al.

---

PRESENT: HONORABLE RONALD S.W. LEW, JUDGE

Kelly Davis                     Sheri Kleeger
Court Clerk                     Court Reporter

ATTORNEYS FOR PLAINTIFFS:       ATTORNEYS FOR DEFENDANTS:

Marc Toberoff                   Roger Zissu
Nicholas Williamson             Michael Bergman

---

PROCEEDINGS: MOTION (Non-Evidentiary)

Court and counsel confer. The Court takes the following motions **UNDER SUBMISSION**: 1. Plaintiffs and Counter-claim Defendants Joanne Siegel and Laura Siegel Larson's Motion for Partial Summary Judgment (filed 02-15-06); 2. Defendants and Counter-claimant's Motion for Summary Judgment (filed 02-15-06). The Court's order will issue.

Time: 24 minutes

MINUTES FORM 11                 INITIALS OF DEPUTY CLERK kd
CIV-GEN

DOCKETED ON CM
MAR 22 2006
BY _____ 141