FILED
CLERK, U.S. DISTRICT COURT
MAR 22 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL, et al.<br><br>PLAINTIFF(S),<br>v.<br>TIME WARNER, INC., et al.<br><br>DEFENDANT(S), | CASE NUMBER<br><br>CV 04-8776-RSWL<br><br>NOTICE OF CLERICAL ERROR |

TO:   U. S. District Judge(s)
      U. S. Magistrate Judge(s)
      Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry   have/has been corrected as indicated below.

Title of Scanned Document: _____

Filed Date: _____   Document Number: _____

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are _____

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to
   ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 98-3 ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____

☐ Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☑ Other: Non-Public entry, dated March 20, 2006, was inadvertently issued an item control number 82. No such number exists.


                                                        CLERK, U.S. DISTRICT COURT
Date March 22, 2006                           By: _____Kelly Davis_____
                                                        Deputy Clerk
cc: Intake Supervisor / Deputy In Charge

DOCKETED ON CM
MAR 22 2006
BY ____

G-11 (06/05)                         NOTICE OF CLERICAL ERROR