Marc Toberoff (CA State Bar No. 188547)
Nicholas C. Williamson (CA State Bar No. 231124)
LAW OFFICES OF MARC TOBEROFF, PLC
1999 Avenue of the Stars, Suite 1540
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Attorneys for Plaintiffs and Counterclaim Defendants
JOANNE SIEGEL and LAURA SIEGEL LARSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>TIME WARNER INC., a corporation; WARNER COMMUNICATIONS INC., a corporation; WARNER BROS. ENTERTAINMENT INC., a corporation; WARNER BROS. TELEVISION PRODUCTION INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,<br><br>                    Defendants. | Case No. CV 04-08776 RSWL (RZx)<br><br>[Honorable Ronald S. W. Lew]<br><br>**JOINT STIPULATION REGARDING EXTENSION OF PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' MOTION TO CERTIFY ORDER OF MARCH 24, 2006 FOR IMMEDIATE APPEAL; [PROPOSED] ORDER THEREON**<br><br>[Complaint filed: October 22, 2004]<br><br>Date:  May 8, 2006<br>Time:  9:00 a.m.<br>Place:  Courtroom 21, 5th Floor |
| DC COMICS,<br><br>                    Counterclaimant,<br><br>     vs.<br><br>JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>                    Counterclaim Defendants. | |

The parties, by their counsel, hereby stipulate and agree to the following:

1. The time for Plaintiffs Joanne Siegel and Laura Siegel Larson to respond to Defendants' Motion to Certify Order of March 24, 2006 for Immediate Appeal is hereby extended until May 8, 2006 because Plaintiffs' counsel are in the process of moving their law offices.

2. The time for Defendants to file their reply brief shall be no later than May 15, 2006.

3. The Motion Hearing shall be held May 22, 2006 at 9:00 a.m.

Dated: April 21, 2006

LAW OFFICES OF MARC TOBEROFF, PLC

By: _____
Marc Toberoff
Attorneys for Plaintiffs JOANNE SIEGEL
and LAURA SIEGEL LARSON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Roger L. Zissu
James D. Weinberger
Justin Deabler

-and-

WEISSMANN WOLFF BERGMAN
COLEMAN GRODIN & EVALL LLP

By: _____
Michael Bergman

Attorneys for Defendants and Counterclaimant

## ORDER

Based upon the stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that the briefing schedule for Defendants' Motion to Certify Order of March 24, 2006 for Immediate Appeal be modified as follows:

Plaintiffs' opposition brief is due no later than May 8, 2006

Defendants' reply brief is due no later than May 15, 2006

The Motion Hearing will be held May 22, 2006.

Dated: 4/25/06

**RONALD S.W. LEW**

Hon. Ronald S.W. Lew
Judge, United States District Court

SCANNED

LAW OFFICES OF
MARC TOBEROFF

3

JOINT STIPULATION

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 1999 Avenue of the Stars, Suite 1540, Los Angeles, California 90067.

On April 21, 2006, I served the attached document described as **JOINT STIPULATION REGARDING EXTENSION OF PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' MOTION TO CERTIFY ORDER OF MARCH 24, 2006 FOR IMMEDIATE APPEAL; [PROPOSED] ORDER THEREON** on all interested parties in this action by placing ____ the original _X_ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Roger L. Zissu
James D. Weinberger
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017

Patrick T. Perkins
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516

Michael Bergman
WEISSMANN WOLFF BERGMAN COLEMAN GRODIN & EVALL LLP
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212

[X] :BY FACSIMILE:

As follows: I caused the transmission of the above named document to the fax number set forth above, or on the attached service list.

[X] :BY MAIL:

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

:(STATE) - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] :(FEDERAL) – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 21, 2006, in Los Angeles, California.

_____
Nicholas C. Williamson