Apr-20-06 05:38pm From-
Case 2:04-cv-08776-SGL-RZ   Document 90   Filed 04/26/2006   Page 1 of 6
Joanne Siegel et al v. Time Warner Inc et al

Duplicate Original

```
FILED
CLERK U.S DISTRICT COURT
APR 26 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

SCANNED

1  FROSS ZELNICK LEHRMAN & ZISSU, P.C.
   Roger L. Zissu (Admitted pro hac vice)
2  James D. Weinberger (Admitted pro hac vice)
   Justin Deabler (Admitted pro hac vice)
3  866 United Nations Plaza
   New York, New York 10017
4  Telephone: 212-813-5900
   Fax:       212-813-5901
5
   PERKINS LAW OFFICE, P.C.
6  Patrick T. Perkins (admitted pro hac vice)
   1711 Route 9D
7  Cold Spring, New York 10516
   Telephone: 845-265-2820
8  Fax:       845-265-2819

9  WEISSMANN WOLFF BERGMAN
     COLEMAN GRODIN & EVALL LLP
10 Michael Bergman (SBN 37797)
   Anjani Mandavia (SBN 94092)
11 Adam Hagen (SBN 218021)
   9665 Wilshire Boulevard, Ninth Floor
12 Beverly Hills, California 90212
   Telephone: 310-858-7888
13 Fax:       310-550-7191

14 Attorneys for Defendants/Counterclaimant

```
Priority
Send
Enter     X
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only
```

15            UNITED STATES DISTRICT COURT
16            CENTRAL DISTRICT OF CALIFORNIA

17 JOANNE SIEGEL and LAURA SIEGEL      Case Nos. [Consolidated for Discovery]:
   LARSON,
18          Plaintiffs,                 ✓ 04-8400 RSWL (RZx) ✓
19      vs.                            CV  04-8776 RSWL (RZx) ✓
   WARNER BROS. ENTERTAINMENT
20 INC.; TIME WARNER INC.; DC          Hon. Ronald S.W. Lew, U.S.D.J.
   COMICS; and DOES 1-10,              Hon. Ralph Zarefsky, U.S.M.J.
21          Defendants.

22 JOANNE SIEGEL and LAURA SIEGEL
   LARSON,
23          Plaintiffs,                 STIPULATION RE: SCHEDULE AND
       vs.                              [PROPOSED] ORDER THEREON
24 TIME WARNER INC.; WARNER
   COMMUNICATIONS INC.; WARNER
25 BROS. ENTERTAINMENT INC.;
   WARNER BROS. TELEVISION
26 PRODUCTION INC.; DC COMICS; and
   DOES 1-10,
27          Defendants.

28 AND RELATED COUNTERCLAIMS

```
DOCKETED ON CM
APR 26 2006
BY              009
```

Dockets.Justia.com

1  Plaintiffs/counterclaim-defendants Joanne Siegel and Laura Siegel Larson
2 (collectively "Plaintiffs"), and defendants Warner Brothers Entertainment Inc., Time
3 Warner Inc., Warner Communications Inc., and Warner Brothers Television
4 Production Inc. and defendant/counterclaimant DC Comics Inc. (collectively,
5 "Defendants"), by and through their respective counsel of record, hereby stipulate as
6 follows:
7  WHEREAS, by the Scheduling Conference Order dated April 29, 2005, the
8 Hon. Dean D. Pregerson of this Court ordered, *inter alia*, the following Pre-Trial and
9 Trial dates in these actions, which have been consolidated only for purposes of
10 discovery:
11  Discovery cut-off    May 17, 2006
12  Last day to File Motions  June 19, 2006
13  Pre-trial Conference   August 28, 2006, 4pm
14  Jury Trial    September 5, 2006
15  WHEREAS, the parties have diligently pursued discovery in these actions,
16 including written discovery and document production;
17  WHEREAS, since the original scheduling order was entered and discovery has
18 progressed in these actions, the parties have a more informed understanding of the
19 complexity of the issues and the significant discovery reasonably required to address
20 such issues;
21  WHEREAS, although the parties endeavored in good faith to agree and did
22 agree on the terms of a joint protective order governing the use and filing of
23 confidential documents in these actions, which was initially rejected and subsequently
24 accepted by the Court, completion of this process slowed the production of
25 confidential documents;
26  WHEREAS, in *Siegel v. Time Warner Inc.*, Case No. 04-8776 RSWL (RZx)
27 (C.D. Cal.), the parties focused their efforts on simultaneously filed and complex
28 cross-motions for summary judgment based on detailed decades-old facts and

1 | documents and involving extensive briefing and supporting filings, and which, *inter*
2 | *alia*, has also slowed completion of discovery under the current schedule;
3 |     WHEREAS, the Court's recent order of March 24, 2006 in connection with the
4 | aforementioned summary judgment motions has left the Smallville infringement claim
5 | for trial which will necessitate expert witness discovery on the issue of extrinsic
6 | similarities between the works at issue;
7 |     WHEREAS, counsel for Plaintiffs is moving his law offices over the next
8 | several weeks and access to files will be impeded during this disrupted period;
9 |     WHEREAS, the parties believe that granting the requested extensions will
10 | materially advance the prospects of reaching a settlement of this action without further
11 | recourse to this Court or unnecessary expense to the parties;
12 |     WHEREAS, the parties, through their undersigned counsel, have agreed to an
13 | extension of pre-trial dates as follows:

| | |
|---|---|
| Non-expert discovery cut-off | November 17, 2006 |
| Expert discovery cut-off | February 16, 2007 |
| | • moving reports due December 22, 2006 |
| | • rebuttal reports due January 19, 2007 |
| Motion filing cut-off | March 19, 2007 |
| Pre-trial Conference | May 21, 2007 |
| Trial | June 25, 2007; and, |

21 |     WHEREAS, counsel for each party certifies to the Court that the requested
22 | extension is essential to complete necessary discovery is for good cause shown and is
23 | not sought for any improper purpose;
24 |     NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject
25 | to the approval of the Court, that the April 29, 2005 scheduling order be modified as
26 | follows:

| | |
|---|---|
| Non-expert discovery cut-off | November 17, 2006 |
| Expert discovery cut-off | February 16, 2007 |

3

|  |  |
|---|---|
|  | ■ moving reports due December 22, 2006 |
|  | ■ rebuttal reports due January 19, 2007 |
| Motion filing cut-off | March 19, 2007 |
| Pre-trial Conference | May 21, 2007 |
| Trial | June 25, 2007 |

Respectfully submitted,

DATED: _April 20, 2006

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Roger L. Zissu
James D. Weinberger
Justin Deabler

PERKINS LAW OFFICE, P.C.
Patrick T. Perkins

-and-

WEISSMANN WOLFF BERGMAN
  COLEMAN GRODIN & EVALL LLP
Michael Bergman
Anjani Mandavia
Adam\Hagen

By: /s/ Michael Bergman
Michael Bergman

Attorneys for Defendants and Counterclaimant

DATED: _April 20, 2006

LAW OFFICES OF MARC TOBEROFF, PLC
Marc Toberoff
Nicholas C. Williamson

By: /s/ Marc Toberoff
Marc Toberoff

Attorneys for Plaintiffs/Counterclaim-Defendants

4

## ORDER

Based upon the stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that that the April 29, 2005 scheduling order be modified as follows:

| | |
|---|---|
| Non-expert discovery cut-off | November 17, 2006 |
| Expert discovery cut-off | February 16, 2007 |
| | ▪ moving reports due December 22, 2006 |
| | ▪ rebuttal reports due January 19, 2007 |
| Motion filing cut-off | March 19, 2007 |
| Pre-trial Conference | May 21, 2007, 11AM |
| Trial | June 26, 2007, 9AM |

RONALD S.W. LEW

Dated: April 25, 2006

Hon. Ronald S.W. Lew
Judge, United States District Court

I:\jweinberger\dcc\Siegel Litigation\Pleadings\04cv8400\060420-0425344-Stipulation re Extension(v2)-jdw.doc

5

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 9665 Wilshire Blvd, Ninth Floor, Beverly Hills, California 90212. On the date shown below, I served the documents described as: **DEFENDANTS' MOTION TO CERTIFY ORDER OF MARCH 24, 2006 FOR IMMEDIATE APPEAL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** on the interested parties in said action, by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Marc Toberoff
Law Offices of Marc Toberoff, PLC
1999 Avenue of the Stars, Suite 1540
Los Angeles, CA 90067
**Fax No.: (310) 246-3101**

__XX__    (BY MAIL)   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Beverly Hills, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__XX__    (FACSIMILE SERVICE) I caused such document to be transmitted via facsimile to the offices of the addressees at the numbers listed above.

___    (PERSONAL SERVICE) I caused such envelope to be delivered by hand to the addressees above.

___    (BY FEDERAL EXPRESS) I caused a copy of such document(s) to be delivered to the offices of the addressee(s) via Federal Express, next business day delivery service.

Executed on **April 21, 2006**, at Beverly Hills, California.

___    STATE    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__XX__    FEDERAL    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Janet Andre