FILED
CLERK U S DISTRICT COURT
MAY 2 2 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOANNE SIEGEL & LAURA SIEGEL LARSON,

    Plaintiffs

v.

TIME WARNER, INC., et al.,

    Defendants.

CV 04-8776 RSWL (RZx)

ORDER

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

ENTERED
CLERK. U.S. DISTRICT COURT
MAY 2 3 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

    Defendants Motion to Certify this Court's Order for Immediate Appeal pursuant to 28 U.S.C. § 1292(b) on calendar for May 22, 2006 was taken under submission. No appearances by counsel are necessary.

    This Court has considered all of the papers and

Dockets.Justia.com

argument submitted on the matter and **NOW FINDS AND RULES AS FOLLOWS:**

The general rule is that an appellate court should not review a ruling from a district court until after entry of final judgment. Coopers & Lybrand v. Livesay, 437 U.S. 463, 474 (1978).

An exception to this general rule appears in 28 U.S.C. § 1292, which provides that certification of an interlocutory order for appeal is appropriate when the order involves a controlling question of law, as to which there is substantial ground for difference of opinion, and where a resolution thereof will materially advance the termination of the litigation. 28 U.S.C. § 1292(b).

However, Congressional legislative history "indicates that [interlocutory appeal] was to be used only in extraordinary cases where decision of an interlocutory appeal might avoid protracted and expensive litigation. It was not intended merely to provide review of difficult rulings in hard cases." United States Rubber Co. v. Wright, 359 F.2d 784, 785 (9th Cir. 1966).

This Court finds that this case is not one of the extraordinary cases contemplated by 28 U.S.C. §1292, nor

1  does the application of the statute's requirements to the
2  facts of this case support certifying the Order for
3  immediate appeal.
4
5     Therefore, Defendants' Motion to Certify this Court's
6  Order for Immediate Appeal is **DENIED**.
7
8  **IT IS SO ORDERED.**         *RONALD S. W LEW*
9
10                               **RONALD S.W. LEW**
                                 United States District Judge
11
12 DATE: May 22, 2006

3