```
 1 │ FROSS ZELNICK LEHRMAN & ZISSU, P.C.
   │ Roger L. Zissu (Admitted pro hac vice)
 2 │ James D. Weinberger (Admitted pro hac vice)
   │ 866 United Nations Plaza
 3 │ New York, New York 10017
   │ Telephone: (212) 813-5900
 4 │ Fax: (212) 813-5901

 5 │ PERKINS LAW OFFICE, P.C.
   │ Patrick T. Perkins (Admitted pro hac vice)
 6 │ 1711 Route 9D
   │ Cold Spring, New York 10516
 7 │ Telephone: (845) 265-2820
   │ Fax: (845) 265-2819
 8 │
   │ WEISSMANN WOLFF BERGMAN
 9 │   COLEMAN GRODIN & EVALL LLP
   │ Michael Bergman (SBN 37797)
10 │ Anjani Mandavia (SBN 94092)
   │ Adam Hagen (SBN 218021)
11 │ 9665 Wilshire Boulevard, Ninth Floor
   │ Beverly Hills, California 90212
12 │ Telephone: (310) 858-7888
   │ Fax: (310) 550-7191
13 │
14 │ Attorneys for Defendant and Counterclaimant DC Comics
```



Priority ✗
Send ✗
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON, <br><br> Plaintiffs, <br><br> vs. <br><br> TIME WARNER INC., WARNER COMMUNICATIONS INC., WARNER BROS. ENTERTAINMENT INC., WARNER BROS. TELEVISION PRODUCTION INC., DC COMICS, and DOES 1-10, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. CV 04-8776 (RSWL) (RZx) <br><br> **STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY DISPUTE** <br><br> **DISCOVERY MATTER** <br> **LOCAL RULE 37** |



Plaintiffs/Counterclaim Defendants JOANNE SIEGEL and LAURA SIEGEL LARSON (collectively, "Plaintiffs"), and Defendants TIME WARNER INC.,

1. WARNER COMMUNICATIONS INC., WARNER BROS. ENTERTAINMENT INC.,
2. WARNER BROS. TELEVISION PRODUCTION INC., and
3. Defendant/Counterclaimant DC COMICS (collectively, "Defendants"), by and through
4. their attorneys of record, hereby stipulate as follows:
5.     WHEREAS on March 31, 2006, Defendant/Counterclaimant DC Comics ("DC")
6. served certain interrogatories on Plaintiffs, including its Interrogatories No. 1-3;
7.     WHEREAS on May 1, 2006, Plaintiffs served their objections and responses to
8. such interrogatories;
9.     WHEREAS DC raised certain objections to Plaintiffs' responses by letter on May
10. 10, 2006, and, unable to reach a satisfactory resolution to the discovery dispute, served
11. Plaintiffs with its portion of a joint stipulation on a motion to compel Plaintiffs'
12. responses to Interrogatories No. 1-3 on June 19, 2006; and
13.     WHEREAS the parties have agreed on a resolution of the instant discovery
14. dispute which would avoid the need for court intervention.
15.     NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to
16. the approval of the Court, that the parties' discovery dispute is resolved as follows:
17.     1.    DC's Interrogatory No. 1 is withdrawn and will not be counted against
18. DC's allotted number of interrogatories as set forth in Fed. R. Civ. P. 33(d).
19.     2.    In place of withdrawn Interrogatory No. 1, the following Interrogatory
20. ("New Interrogatory No. 1") shall be considered served on Plaintiffs:
21. **Interrogatory No. 1**
22.     If Plaintiffs claim that that, as to each of the following works (as
23. defined in the Defendants' First Set of Requests for Admission dated March
24. 31, 2006), the grant in the renewal copyright term has been terminated
25. pursuant to Section 304(c) of the Copyright Act, 17 U.S.C. § 304(c) by the
26. Superboy Notice, set forth the basis for such claim; if not, so state:
27.     (a)    *Action Comics #1;*
28.     (b)    *Superman #1;*

1       (c)     The Lowther Work;
2       (d)     The January 1939 Strips;
3       (e)     Superman Sunday Strip #1; and
4       (f)     Superman Sunday Strip #135.

5     3.     New Interrogatory No. 1 shall count as 6 interrogatories for purposes of determining DC's total interrogatories served pursuant to Fed. R. Civ. P. 33. Previously served Interrogatories No. 2 and 3 shall count as 2 interrogatories for purposes of determining DC's total interrogatories served pursuant to Fed. R. Civ. P. 33.

    4.     Plaintiffs shall serve Defendants (by facsimile and regular mail) complete, substantive responses to New Interrogatory No. 1, as well as to its previously served Interrogatories No. 2 and 3, without objection, by no later than 5:00pm PDT on July 14, 2006. Notwithstanding, if they so choose, Plaintiffs may limit their responses to Interrogatory No. 3 to the *Smallville* television show on the basis that they are not currently aware of other allegedly infringing uses of Plaintiffs' Superboy works by Defendants.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

3

5. Unless and until this Stipulation is "so ordered" by the Court, DC's motion to compel will remain in place, as will Plaintiffs' obligation to serve DC's counsel with their portion of the joint stipulation by the close of business on June 28, 2006; upon adoption by the Court, DC shall withdraw the motion without prejudice.

Dated: June 23, 2006

LAW OFFICES OF MARC
TOBEROFF, PLC

By: _____
Marc Toberoff

Attorneys for Plaintiffs

Respectfully submitted,

FROSS ZELNICK
LEHRMAN & ZISSU, PC
PERKINS LAW OFFICE, PC

-and-

WEISSMANN WOLFF BERGMAN
COLEMAN GRODIN &
EVALL LLP

By: _____
Roger L. Zissu

Attorneys for Defendant and
Counterclaimant DC Comics

SO ORDERED:

_____
Hon. Ralph Zaretsky

I:\jweinberger\dcc\Siegel Litigation\Pleadings\04cv8776\060623-0425344-Stipulation-jdw.doc

4

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

      I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 9665 Wilshire Blvd, Ninth Floor, Beverly Hills, California 90212. On the date shown below, I served the documents described as: **STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY DISPUTE** on the interested parties in said action, by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Marc Toberoff
Law Offices of Marc Toberoff, PLC
2049 Century Park East, Ste. 2720
Los Angeles, CA 90067

**XX**    **(BY MAIL)**   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Beverly Hills, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___    **(FACSIMILE SERVICE)** I caused such document to be transmitted via facsimile to the offices of the addressees at the numbers listed above.

___    **(PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the addressees above.

___    **(BY FEDERAL EXPRESS)** I caused a copy of such document(s) to be delivered to the offices of the addressee(s) via Federal Express, next business day delivery service.

Executed on **June 26, 2006**, at Beverly Hills, California.

___    **STATE**    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**XX**    **FEDERAL**    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_/s/ Alexandria Collier_
Alexandria Collier