SEND

FILED
CLERK, U S DISTRICT COURT

SEP 2 0 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL, et al. | CASE NUMBER |
| PLAINTIFF(S) | CV 04-8776-RSWL |
| v. | ORDER RETURNING CASE FOR REASSIGNMENT |
| TIME WARNER INC., et al. DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

DATED ___9-19-06___

_____
Senior United States District Judge

NOTICE TO COUNSEL FROM CLERK:

    This case has been reassigned to Judge _Percy Anderson_ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials _PA_ after the case number in place of the initials of the prior judge so that the case number will read CV 04-8776-PA (RZx)

    This is very important because documents are routed to the assigned judge by means of the initials.

CV-89  (02/98)            ORDER RETURNING CASE FOR REASSIGNMENT                        95

ENTERED ON CM 9/20/06 n

Dockets.Justia.co