Joanne Siegel et al v. Time Warner Inc et al

Doc. 9

FILED
CLERK, U.S DISTRICT COURT

OCT 10 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>TIME WARNER INC., et al.,<br><br>              Defendants. | CASE NO.  04-08776 PA (RZx)<br><br><br>ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 OF GENERAL ORDER 224 |

The undersigned Judge, to whom the above-entitled case was assigned, is of the opinion that he should not preside over this case because he has a financial interest in one of the parties.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:

☒      within 120 days of the Court being assigned said case.

☐      after 120 days of the Court being assigned said case.

Dated:  October 6, 2006

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

**NOTICE TO COUNSEL FROM CLERK:**

This case has been reassigned to Judge __S. JAMES OTERO__. On all documents subsequently filed in this case, please substitute the initials __SJO__ after the case number in place of the initials of the prior Judge so that the case number will read: CV **04-8776-SJO (RZx)**

This is very important because documents are routed to the assigned Judge by means of the initials.

CV-52 (10/98)        ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL (Sec. 3.3 of GO 224)

ENTERED ON CM  10/10/06

Dockets.Justia.co