FILED
CLERK, U S DISTRICT COURT

OCT 18 2006

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JOANNE SIEGEL, ET AL, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 04-08776 SJO (RZx) |
| v. | |
| TIME WARNER, INC., ET AL, | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 224** |
| DEFENDANT(S). | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

Family has financial interest with one of the defendants

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.2 of General Order 224.

This self-recusal has been Ordered:
☑ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

October 18, 2006
Date

S. James Otero
United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ___Margaret M. Morrow___. On all documents subsequently filed in this case, please substitute the initials ___MMM___ after the case number in place of the initials of the prior Judge so that the case number will read: _CV04-8776-MMM (RZx)_ .

This is very important because documents are routed to the assigned Judge by means of the initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☐ Western    ☐ Southern    ☐ Eastern Division.

**Subsequent documents must be filed at the  ☑ Western   ☐ Southern   ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

CV-52 (07/05)       ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 224

ENTERED ON CM 10/19/06

Dockets.Justia.com