SEND

FILED
CLERK, U.S. DISTRICT COURT

OCT 30 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JOANNE SIEGEL, ET AL., | CASE NUMBER: CV 04-8776 MMM (RZx) |
|---|---|
| PLAINTIFFS, | |
| v. | |
| TIME WARNER INC., ET AL., | ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 OF GENERAL ORDER 224 |
| DEFENDANTS. | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that she should not preside over said case, by reason of: <u>the fact that Judge Morrow owns stock in Time Warner Inc.</u>

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:

☒ within 120 days of the Court being assigned said case.

☐ after 120 days of the Court being assigned said case.

Dated: October 26, 2006

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

### NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ___Stephen G. Larson___. On all documents subsequently filed in this case, please substitute the initials ___SGL___ after the case number in place of the initials of the prior Judge so that the case number will read: CV ___04-8776 SGL (RZx)___.

This is very important because documents are routed to the assigned Judge by means of the **initials**.

This case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:

☐ Western          ☐ Southern          ☒ Eastern Division.

**Subsequent documents must be filed at the   ☐ Western     ☐ Southern     ☒ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

CV-52 (01/05)    ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 of GENERAL ORDER 224



ENTERED ON CM 10/30/06

Dockets.Justia.com