# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
CIVIL MINUTES -- GENERAL

Case No.    CV 04-08776-SGL (RZx)                    Date:  November 13, 2006

Title:    JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON; an individual -v-
TIME WARNER INC., a corporation; WARNER COMMUNICATIONS INC., a
corporation; WARNER BROS. ENTERTAINMENT INC, a corporation; WARNER
BROTHERS TELEVISION PRODUCTION INC., a corporation; DC COMICS, a
general partnership; DOES 1-10

===============================================================================

PRESENT:    HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                                          None Present
Courtroom Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                None present

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)


Counsel and/or parties are hereby notified that a Status Conference requiring
mandatory appearances is hereby set down on calendar on November 27, 2006, at 11:00
a.m., in Courtroom #1 of the above-referenced court.

IT IS SO ORDERED.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Priority    ✓    Send        ✓
Entered    ____    Closed    ____
JS-5/JS-6  ____    JS-2/JS-3 ____    ✓
Scan Only  ____    Docketed on CM    ✓
____ THIS CONSTITUTES NOTICE OF
ENTRY AS REQUIRED BY FRCP 77(d)

| 11-13-06 |

EASTERN DIVISION
BY    ____    DEPUTY

MINUTES FORM 90                                     Initials of Deputy Clerk: jh
CIVIL -- GEN              Page 1          Docket : #100

Dockets.Justia.co