**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

| | | |
|---|---|---|
| Case No. | CV 04-08400-SGL (RZx)<br>CV 04-08776-SGL (RZx) ✓ | Date: November 28, 2006 |

Title:  JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON; an individual -v- WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS INC., a corporation; and DOES 1-10

============================================================================

PRESENT: HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Jim Holmes<br>Courtroom Deputy Clerk | Theresa Lanza<br>Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Marc Toberoff                                                    Michael Bergman
                                                                            Roger L. Zissu

PROCEEDINGS:   STATUS CONFERENCE

A status conference was held on November 27, 2006. The parties discussed motions that they anticipated filing.

These two actions were previously consolidated for purposes of discovery.

The parties' April 20, 2006, stipulation was entered as the Court's scheduling order on April 26, 2006. <u>See</u> 04-8400 docket #51 and 04-8776 docket #90. The relevant dates are:

| | |
|---|---|
| Non-expert discovery cut-off: | November 17, 2006 |
| Expert discovery cut-off: | February 16, 2007<br>moving reports due December 22, 2006<br>rebuttal reports due January 19, 2007 |
| Cutoff for hearing on motions: | March 19, 2007 |
| Pre-trial conference: | May 21, 2007 |
| Trial: | June 26 2007 |

MINUTES FORM 90                                                       Initials of Deputy Clerk
CIVIL -- GEN                              Page 1                Time: 00/35

dockets.Justia.co

CV 04-08400-SGL (RZx)
JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON; an individual v WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS INC., a corporation; and DOES 1-10
MINUTE ORDER of November 27, 2006

  Should this schedule prove unworkable, the Court will entertain a stipulation of the parties revising the schedule.

  At the status conference, the parties and the Court discussed which of the two cases should be tried first, and whether there should be an extended recess between the two cases. The Court defers any ruling on that issue until the pretrial conference.

  At the status conference, the defendants requested relief from the Court's rule regarding the filing of multiple summary judgment motions. The Court denied this request, but granted a waiver of the page limitation on such motions. The page limitation is waived as to plaintiffs as well.

  Where the evidence and/or exhibits presented in support of or opposition to any motion exceeds two-hundred pages, the parties shall deliver to chambers a conformed and tabbed copy of the evidence and/or exhibits in a three-ring binder, along with a table of contents.

  **IT IS SO ORDERED.**