**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
CIVIL MINUTES -- GENERAL

Case No.   CV 04-08400-SGL (RZx)                    Date: December 12, 2006

Title:   JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON; an individual -v- WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS INC., a corporation; and DOES 1-10

Consolidated for Discovery:
✓ Case No.   CV 04-08776-SGL (RZx)
Title:   JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON; an individual -v- TIME WARNER INC., a corporation; WARNER COMMUNICATIONS INC., a corporation; WARNER BROS. ENTERTAINMENT INC, a corporation; WARNER BROTHERS TELEVISION PRODUCTION INC., a corporation; DC COMICS, a general partnership; DOES 1-10

================================================================

PRESENT: HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | None Present |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                None present

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

The Court's Minute Order of November 28, 2006, is hereby modified as follows: The reference to the dates setting the Non-expert discovery cutoff and Expert cut-off are vacated, as the Court previously approved and will maintain such dates as set forth in the Stipulation and Order filed November 15, 2006, in both cases referenced above. All other dates referenced in the November 28, 2006, order remain as stated therein.

IT IS SO ORDERED.

MINUTES FORM 90                    Page 1                    Initials of Deputy Clerk : jh
CIVIL -- GEN

Dockets.Justia.com