Joanne Siegel et al v. Time Warner Inc et al     Doc. 10

**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-08776-SGL (RZx)                     Date: January 16, 2007

Title:   JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON; an individual -v- TIME WARNER INC., a corporation; WARNER COMMUNICATIONS INC., a corporation; WARNER BROS. ENTERTAINMENT INC, a corporation; WARNER BROTHERS TELEVISION PRODUCTION INC., a corporation; DC COMICS, a general partnership; DOES 1-10

===================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | None Present |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                             None present

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

Counsel and/or parties are hereby notified that the hearing on Defendant and Counter-claimant's Motion for Reconsideration will be heard before District Judge Stephen G. Larson on February 12, 2007, at 10:00 a.m., in Courtroom #1

IT IS SO ORDERED.



MINUTES FORM 90                    Page 1                    Initials of Deputy Clerk ___
CIVIL -- GEN

Dockets.Justia.co