# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-08776-SGL (RZx)                          Date: February 12, 2007

Title:   JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON; an individual -v- TIME WARNER INC., a corporation; WARNER COMMUNICATIONS INC., a corporation; WARNER BROS. ENTERTAINMENT INC, a corporation; WARNER BROTHERS TELEVISION PRODUCTION INC., a corporation; DC COMICS, a general partnership; DOES 1-10

================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

Marc Toberoff                              Michael Bergman
                                           Anjani Mandavia

PROCEEDINGS:   Defendant & Counter-claimant's Motion for Reconsideration, filed 1/16/07

Court hears oral argument and takes the matter under submission.

IT IS SO ORDERED.