Marc Toberoff (CA State Bar No. 188547)
Nicholas C. Williamson (CA State Bar No. 231124)
LAW OFFICES OF MARC TOBEROFF, PLC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
MToberoff@ipwla.com

Attorneys for Plaintiffs and Counterclaim Defendants
JOANNE SIEGEL AND LAURA SIEGEL LARSON

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 20 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,

    Plaintiffs,

vs.

TIME WARNER INC., a corporation; WARNER COMMUNICATIONS INC., a corporation; WARNER BROS. ENTERTAINMENT INC., a corporation; WARNER BROS. TELEVISION PRODUCTION INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,

    Defendants.

DC COMICS,

    Counterclaimant,

vs.

JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,

    Counterclaim Defendants.

Case Nos. CV 04-8776 SGL (RZx)
          04-8400 SGL (RZx)

[Consolidated for Discovery]

Honorable Stephen G. Larson
Honorable Ralph Zarefsky

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION MODIFYING THE PARTIES' SUMMARY JUDGMENT BRIEFING SCHEDULE

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Priority ___   Send ✓
Entered ___   Closed ___
JS-5/JS-6 ___   JS-2/JS-3 ___
Scan Only ___   Docketed on CM ✓
___ THIS CONSTITUTES NOTICE OF
ENTRY AS REQUIRED BY FRCP 77(d)
APR 20 2007
EASTERN DIVISION
BY ___ DEPUTY

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION

Having considered Plaintiffs' *ex parte* application for an order modifying the parties' summary judgment briefing schedule and good cause existing therefore,

IT IS HEREBY ORDERED that the parties' summary judgment schedule is hereby modified as follows:

| | |
|---|---|
| Summary Judgment Filing Cutoff: | April 30, 2007 |
| Summary Judgment Opposition Briefs Due: | May 28, 2007 |
| Summary Judgment Reply Briefs Due: | June 18, 2007 |

DATED: April 20, 2007

_____
Hon. Stephen G. Larson

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 2049 Century Park East, Suite 2720, Los Angeles, California 90067.

On April 17, 2007, I served the attached documents described as:

**Plaintiffs Joanne Siegel and Laura Siegel Larson's *Ex Parte* Application and Order Modifying the Parties' Summary Judgment Briefing Schedule**

**Declaration of Marc Toberoff In Support of Plaintiffs' *Ex Parte* Application and Order Modifying the Parties' Summary Judgment Briefing Schedule**

**[Proposed] Order Granting Plaintiffs' *Ex Parte* Application Modifying the Parties' Summary Judgment Briefing Schedule**

as follows:

[X]  :BY HAND:

As follows: I delivered to the address listed above by hand the documents listed herein.

Michael Bergman
WEISSMAN WOLFF BERGMAN COLEMAN GRODIN & EVALL LLP
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212

[X]  :BY MAIL:

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I placed ____ the original _X_ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

James D. Weinberger
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017

[X]  :BY FACSIMILE:

As follows: I caused the transmission of the above named documents to the fax number set forth below, or on the attached service list.

James D. Weinberger
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017

Facsimile No. 212-813-5901

Patrick T. Perkins
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Facsimile No. 845-265-2819

Michael Bergman
WEISSMAN WOLFF BERGMAN COLEMAN GRODIN & EVALL LLP
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212
Facsimile No. 310-550-7191

:(STATE) - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] :(FEDERAL) – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 17, 2007, in Los Angeles, California.

_____
Nicholas C. Williamson