# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-08776-SGL (RZx)                                    Date: August 6, 2007

Title:   JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON; an individual -v- TIME WARNER INC., a corporation; WARNER COMMUNICATIONS INC., a corporation; WARNER BROS. ENTERTAINMENT INC, a corporation; WARNER BROTHERS TELEVISION PRODUCTION INC., a corporation; DC COMICS, a general partnership; DOES 1-10

=========================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                                                 None Present
Courtroom Deputy Clerk                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                None present

PROCEEDINGS:   (IN CHAMBERS)
ORDER RESCHEDULING PARTIES' CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT IN CV-04-8776-SGL (RZx) MATTER

   In light of the unresolved issues identified in the Court's July 27, 2007, Order Granting Defendants' Motion for Reconsideration, the Court hereby re-schedules the parties' cross-motions for partial summary judgment in the CV-04-8776-SGL (RZx) matter to be heard on September 10, 2007, at 10:0 a.m. in Courtroom One.

   The parties' cross-motions for partial summary judgment in the CV-04-8400-SGL (RZx) matter (as well as the discovery motions identified in the Court's July 31, 2007, minute order) remain on calender for a hearing on August 13, 2007, at 10:00 a.m. in Courtroom One.

   IT IS SO ORDERED.



MINUTES FORM 90                                                 Initials of Deputy Clerk __jh__
CIVIL -- GEN