Joanne Siegel et al v. Time Warner Inc et al                                                                   Doc. 15

**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-08776-SGL (RZx)                                  Date: August 8, 2007

Title:    JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON; an individual -v- TIME WARNER INC., a corporation; WARNER COMMUNICATIONS INC., a corporation; WARNER BROS. ENTERTAINMENT INC, a corporation; WARNER BROTHERS TELEVISION PRODUCTION INC., a corporation; DC COMICS, a general partnership; DOES 1-10

==================================================================

PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                                              None Present
Courtroom Deputy Clerk                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                            None present

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)

Currently scheduled for hearing on August 13, 2007, are the parties' cross-motions for partial summary judgment in CV-04-8400-SGL (RZx), the Superman action, and plaintiffs' outstanding discovery motions, as outlined in the Court's July 31, 2007, minute order.

Given the complexity and the length of the parties' cross-motions, the Court hereby continues the hearing on the cross-motions in the Superman action to September 17, 2007, at 1:30 p.m.

Moreover, given the number of outstanding motions in the related case, CV-04-8776-SGL, the Superboy action, the Court has decided to clear its afternoon calender for September 17, 2007, to hear those motions as well.  Accordingly, the parties' cross-motions for partial summary judgment as well as the simultaneous briefs on the derivative issue in the Superboy action are re-calendered to be heard on September 17, 2007, at 1:30 p.m.

MINUTES FORM 90                                         Initials of Deputy Clerk ___jh___
CIVIL -- GEN



Dockets.Justia.co

Contemporaneously, the Court is in receipt of the parties' Joint Stipulation to continue the August 13, 2007, hearing date on the unresolved discovery matters referred to in this Court's July 31, 2007, minute order.

The Joint Stipulation to continue the hearing date on plaintiffs' motion to compel production of documents from defendants Time Warner, Inc., Warner Bros. Entertainment Inc. and Warner Bros. Television Production Inc. (docket entry #133) and plaintiffs' motion to compel production of documents from defendant DC Comics (docket entry #137) is **DENIED**. The hearing on those two discovery motions remains calendered for August 13, 2007, at 10:00 a.m.

The Joint Stipulation to continue the hearing date on plaintiffs' motion to compel third party Bryan Singer to attend deposition and produce documents (docket entry #130) is also **DENIED**; however, in lieu of hearing the matter on August 13, 2007, the hearing on this motion is **VACATED** and the Court will decide the motion based on the papers submitted and the transcript of the hearing before Judge Zarefsky.

IT IS SO ORDERED.