Name & Address
David L. Burg (SBN 130403)
100 Universal City Plaza
Building 1280-6
Universal City, CA 91608
Phone: 818-777-1856
Fax: 818-866-1999

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

FILED 2007 DEC 13 PM 1:55 CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF.

| JOANNE SIEGEL, et al. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 04-8776 SGL (RZx) |
| v. | |
| TIME WARNER INC., WARNER COMMUNICATIONS INC., et al. | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| DEFENDANT(S). | |

**The following information must be provided:**
I, David L. Burg _____ am counsel of record in the above-entitled cause of action for the
following party(s) Defendants _____
_____ and am requesting the following change(s):

CA State Bar ID number 130403 _____    ☐ Out of state attorney

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☐ **TO UPDATE NAME OR FIRM INFORMATION:**

  ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

  PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

  Attorney Name changed to _____
  New Firm/Government Agency Name _____
  New Address _____
  New Telephone Number _____ New Facsimile Number _____
  New E-mail address (provide only if you are enrolled in the Optical Scanning Program* and receiving court orders by e-mail or an authorized E-Filing attorney) _____

  *To receive orders and judgments by e-mail, complete an Optical Scanning Enrollment form G-76 (available from the court's website at www.cacd.uscourts.gov)*

☐ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX

  ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

  ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

  Attorney Name _____ CA State Bar Number _____
  Firm/Government Agency Name _____
  Address: _____
  Telephone Number _____ Facsimile Number _____

---

G-6 (07/05)    NOTICE OF CHANGE OF ATTORNEY INFORMATION    Page 1 of 2
CCD-G6

Dockets.Justia.com

☐ **TO BE REMOVED FROM THE COURT'S SERVICE LIST:**
I understand that this request does not conflict with the Clerk's compliance with the Federal Rules of Civil Procedure 77(d) or Federal Rules of Criminal Procedure 74(c).

**CHECK ONE BOX**

☐ I request to be removed from the court's service list. There is/are attorney(s) from my current law firm/government agency who are currently receiving service in this case.

☐ I am the lead attorney and am authorized to file this request on behalf of the aforementioned party(s) and the following attorneys who are from or associated with my firm or government agency. The attorney(s) listed below waive service of the documents on them by the Clerk. There is/are member(s) of the firm/government agency who is/are currently receiving service and will continue to receive service on behalf of the party(s) indicated above.

_____
_____
_____

☑ **TO BE REMOVED FROM THE CASE: \*\***
I am no longer counsel of record in the above-entitled cause of action.

**CHECK ONE BOX**

☐ The order relieving me as counsel of record was filed on: _____.

☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

☑ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: December 11, 2007                    _____
                                            *Attorney's Signature*

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.

**PROOF OF SERVICE**

STATE OF CALIFORNIA ) 
) ss. 
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 9665 Wilshire Boulevard, Ninth Floor, Beverly Hills, California 90212. On the date shown below, I served the documents described as: **NOTICE OF CHANGE OF ATTORNEY INFORMATION** on the interested parties in said action, by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Marc Toberoff 
Law Offices of Marc Toberoff, PLC 
2049 Century Park East, Suite 2720 
Los Angeles, CA 90067

__  **(FACSIMILE SERVICE)** I caused such document to be transmitted via facsimile to the offices of the addressees at the numbers listed above.

__  **(PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the addressees above.

XX  **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Beverly Hills, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **December 13, 2007**, at Beverly Hills, California.

__  **STATE**    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XX  **FEDERAL**    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                                                          _/s/ Janet Andre_ 
                                                                                            Janet Andre