Justin Deabler (admitted pro hac vice)
Spears & Imes LLP
51 Madison Avenue
New York, NY 10010
Tel: (212) 213-6996
Fax: (212) 213-0849
Email: jdeabler@spearsimes.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Joanne Siegel et el., PLAINTIFF(S) | CASE NUMBER |
|---|---|
| v. | CV 04-8400, 04-8776 SGL (RZx) |
| Time Warner Inc. et al. DEFENDANT(S). | NOTICE OF CHANGE OF ATTORNEY INFORMATION |

**The following information must be provided:**

I, _____Justin Deabler_____ , _____ , _____jdeabler@spearsimes.com_____
          Name                      CA Bar ID Number              E-mail Address

☐ am counsel of record or ☑ out-of-state attorney in the above-entitled cause of action for the following party(s)
Defendants and Conterclaimant.

and am requesting the following change(s):

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☐ TO UPDATE NAME OR FIRM INFORMATION:
   ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
                    PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
   Attorney Name changed to _____
   New Firm/Government Agency Name _____
   New Address _____
   New Telephone Number _____   New Facsimile Number _____
   New E-mail address _____

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
   ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
   ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

   Attorney Name _____   CA State Bar Number _____
   Firm/Government Agency Name _____
   Address: _____
   Telephone Number _____   Facsimile Number _____
   E-mail address _____

☑ TO BE REMOVED FROM THE CASE: **
I am no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

☐ The order relieving me as counsel of record was filed on: _____.

☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

☑ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: January 16, 2008                    _____
                                                    *Attorney Signature*

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.