# ADDENDUM A



Dockets.Justia.com







