Dockets.Justia.com










