
  
 








