Joanne Siegel et al v. Time Warner Inc et al　　　　　　　　　　　　　　　　　　　　　　　　　　Doc. 174 Att. 7
Case 2:04-cv-08776-SGL-RZ　　Document 174-8　　Filed 03/26/2008　　Page 1 of 2






Dockets.Justia.com







