## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL,<br>            Plaintiff,<br>      v.<br>WARNER BROS. ENTERTAINMENT INC., DC COMICS, and DOES 1-10,<br>            Defendants and Counterclaimants. | Case No: 04-CV-08400 ODW (RZx)<br>**Case No: 04-CV-08776 ODW (RZx)-\*\***<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO AMEND THE COURT'S APRIL 18, 2013 JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 59(e) [250]** |
| LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL,<br>            Plaintiff,<br>      v.<br>TIME WARNER INC., WARNER COMMUNICATIONS INC., WARNER BROS. ENTERTAINMENT INC., WARNER BROS. TELEVISION PRODUCTION INC., DC COMICS, and DOES 1-10,<br>            Defendants and Counterclaimants. | |

      IT IS HEREBY ORDERED that Plaintiff's Motion to Amend the Court's April 18, 2013 Judgment Pursuant To Fed. R. Civ. P. 59(e) is **GRANTED in part and DENIED in part**. The Court will not withdraw Section "B" of its March 20, 2013 summary-judgment order. The Court determines that Section "B"—finding that the 2001 Agreement remains an enforceable contract because Larson had not rescinded it and DC had not abandoned it—is a necessary prerequisite to the Court's subsequent finding in Section "C" that the still-valid Agreement had operated to transfer the Siegels' Superman rights to DC (the continued legal effect of which depends on the continued enforceability of the Agreement). But, for the well-articulated reasons set forth on pages 19:9 to 22:9 of Plaintiff's moving papers, the Court will enter Plaintiff's proposed amended judgment in Case Nos. 04-CV-8400 and 04-CV-8776.

      IT IS SO ORDERED.

Dated: June 18, 2013

                                                   Hon. Otis D. Wright II.